

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Jason Dean Cravey, Appellant

No. 06-21-00050-CR     v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 47888-B). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the bill of costs and judgment by reducing the sheriff fees from $225.00 to $75.00 and by deleting the imposition of a time payment fee. As modified, we affirm the trial court's judgment.

We note that the appellant, Jason Dean Cravey, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 12, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk